# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 15-PO-7007 |
| BRYNN J. LANSFORD | ATTY: STEVEN RODEMER |

**THE DEFENDANT:** Pleaded guilty to count(s) 2 of the Information (s).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-4-1401 | RECKLESS DRIVING | 04/13/2015 | 2 |

Defendant sentenced to: two (2) days incarceration, with two (2) days suspended; one (1) year unsupervised probation; must complete a Level 1 Drug and Alcohol Awareness Class within six (6) months and pay cost of class; must complete forty-eight (48) hours of community service, twenty-four (24) of those must be speaking to high school age students in a public school; must pay fine of $200/10 to be paid by 1/4/2016. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $200.00 | $0.00 |

11/4/2015
Date of Imposition of Judgment

Signature of Judicial Officer
Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

11/9/15
Date